UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DANIEL L. SMITH, | ) | Case No. C17-5292-JPD |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| v. | ) ) | MOTION FOR ATTORNEY FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412. Dkt 17. The Commissioner "has no objection to this request." Dkt. 20. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 17, is GRANTED, and that EAJA fees in the amount of $6,172.42 be awarded to plaintiff.

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon plaintiff's assignment of these amounts to plaintiff's

ORDER - 1

attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501.

DATED this 23rd day of January, 2018.

*James P. Donohue*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2